UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TARREE DEAN,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　　Defendant. | Case No. C19-5237-MLP<br><br>ORDER AMENDING THE SCHEDULING ORDER |

Based on Defendant's Motion to Amend the Scheduling Order (dkt. # 12), the declaration of Lars. J. Nelson (dkt. # 13), and that opposing counsel has no opposition, the Court STRIKES the current case scheduling deadlines (dkt. # 11) to allow Defendant sufficient time to explore settlement options. By no later than **Friday, December 6, 2019**, the parties shall either (1) file a stipulated dispositive motion, or (2) file a proposed scheduling order.

**The parties are advised that due to the lengthy delays in this matter, which was filed in March 2019, the Court anticipates setting an expedited briefing schedule if this matter is not resolved by December 6, 2019. No further extensions of time will be granted absent**

*//*

*//*

ORDER AMENDING THE SCHEDULING ORDER
- 1

**extraordinary circumstances.**

Dated this 6th day of November, 2019.

_____
MICHELLE L. PETERSON
United States Magistrate Judge

ORDER AMENDING THE SCHEDULING ORDER - 2